**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

AARON ABADI,

                              Plaintiff,

        -against-                                              25 **CIVIL** 1771 (PAE) (BCM)

                                                              **JUDGMENT**

UNITED AIRLINES, INC., et al.,

                              Defendants.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 26, 2026,  the Court accepts and adopts

Judge Moses's Report in its entirety. The Court grants the motions to dismiss with prejudice and

declines to issue an order to show cause regarding Rule 11 sanctions; accordingly, the case is

closed.

**Dated:** New York, New York
        March 3, 2026

                                                    TAMMI M. HELLWIG
                                          _____
                                                    **Clerk of Court**

                              BY:
                                          _____
                                                    **Deputy Clerk**